# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149051 & (8)(9)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

VAN JENKINS,
          Defendant-Appellant.

SC: 149051
COA: 320114
Wayne CC: 13-004964-FH

_____/

On order of the Court, the application for leave to appeal the March 6, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of counsel and for bond are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

h0721